# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-114 |
| | ) | |
| ANGEL AMARAL | ) | |

## ORDER

Application for leave of absence has been requested by counsel for Defendant, Angel Amaral, for January 17th, 18th, 25th, and 26th, 2023.

The above and foregoing request for leave of absence is GRANTED.

**SO ORDERED,** this  29th  day of  December , 2022.

_____
**CHRISTOPHER L. RAY**
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA